Alexander H. Silverman against Louis Ebin and another. S. Silinsky, for appellant. E. Cahn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SILVERMAN et al., Appellants, v. HAMBURGER, Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Joseph Silverman and another against Rachel Hamburger. F. J. Groehl, for appellants. H. Goldey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SILVERSTEIN et al., Respondents, v. BROWN, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Joshua Silverstein and others against Menno Brown, impleaded with others. S. H. Sternberg, for appellant. J. R. Schiff, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) In the matter of the application and petition of J. Edward Simmons and others, etc., to acquire real estate, etc.; Hill View Reservoir, Section No. 1, Parcel No. 2. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements. See, also, infra.

In re SIMMONS et al. In re WARE et al. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of the application and petition of J. Edward Simmons, etc.; Hill View Reservoir, Section No. 1. In the matter of William R. Ware and others. No opinion. Order resettled on consent. See, also, 135 N. Y. Supp. 921, 1143.

SIMON, Respondent, v. FRAZEE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Cyrus S. Simon against Harry H. Frazee and others. F. Bien, for appellants. W. Klein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, infra.

SIMON v. FRAZEE et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Cyrus S. Simon against Harry H. Frazee and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

SIMON, Respondent, v. UNITED DRESSED BEEF CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Jacob Simon against the United Dressed Beef Company. F. W. Catlin, for appellant. J. F. McIntyre, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SKALLA, Respondent, v. STEWART AUTOMOBILE CO., Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Charles Skalla, an infant, against the Stewart Automobile Company. C. J. Gleason, for appellant. A. S. Katzenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SLATTERY v. NATIONAL FIREPROOFING CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Michael J. Slattery against the National Fireproofing Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SLEEPER, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Fred A. Sleeper against Adrian H. Joline and others. B. H. Ames and M. L. Malevinsky, for appellants. J. H. Hickey, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SLOCUM, Appellant, v. TOMPKINS, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Hiram Slocum against Alfred H. Tompkins. No opinion. Order reversed, with $10 costs and disbursements, upon the ground of laches, and motion denied, with $10 costs.

SMIDT, Respondent, v. BUFFALO COLD STORAGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by John Smidt against the Buffalo Cold Storage Company. No opinion. Motion for reargument (of 134 N. Y. Supp. 1146) denied, with $10 costs.

SMITH v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by William R. Smith against the Board of Education. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 1146.

SMITH, Respondent, v. MULFORD, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Thomas J. Smith against M. Grace Mulford. No opinion. Order of the County Court of Suffolk County affirmed, with costs.

SMITH v. TRAVELERS' INS. CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Abraham Smith against the Travelers' Insurance Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 135 N. Y. Supp. 18.

SMITH, Respondent, v. WELLER, Appellant. (Supreme Court, Appellate Division,